*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Anthony R. MICKENS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 2006–3304.**

United States Court of Appeals, Federal Circuit.

Oct. 12, 2006.

Anthony R. Mickens, pro se.

### *ORDER*

Anthony R. Mickens submits correspondence that we treat as a motion to transfer his case to the United States District Court for the Western District of Texas and submits a motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to transfer is granted. This case and motion for leave to proceed in forma pauperis are transferred to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. § 1631.